No. P66/326.—Associated Dry Goods Corp. v. United States, protest 65/7235 (New York).

Landis, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of earthenware similar in all material respects to that the subject of *Justin Tharaud & Son, Inc.*, and *J. J. Murphey & Co.* v. *United States* (44 Cust. Ct. 216, C.D. 2177) and *United States* v. *M. & D. Miller, Inc.* (41 CCPA 226, C.A.D. 556), the claim of the plaintiff was sustained.

No. P66/327.—Coast Oil Co. and Judson Sheldon Int'l Corp. et al. v. United States, protests 61/23118, etc. (San Francisco).

Landis, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of charcoal briquettes similar in all material respects to those the subject of *A. L. Farnsworth* v. *United States* (50 Cust. Ct. 62, C.D. 2389), the claim of the plaintiffs was sustained.

No. P66/328.—Alexanders Dept. Stores, Inc., et al. v. United States, protests 65/873, etc. (New York).

Landis, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of figures similar in all material respects to those the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 CCPA 15, C.A.D. 458), the claim of the plaintiffs was sustained.